SAMUEL B. UTTERBACH, *Appellant, v.* ABRAHAM P. MAN and JOHN E. PARSONS, *Respondents.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

THE BOWERY NATIONAL BANK OF NEW YORK, *Respondent, v.* JAMES KEHOE, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

MARY A. JORDAN and others, *Respondents, v.* HENRY S. WILSON and others, *Appellants.* — Judgment affirmed. Opinion by BRADY, J.

WILLIAM H. ONDERDONK, *as Executor, etc., Respondent, v.* WARREN ACKERMAN, *Appellant.* — Judgment affirmed, with costs. Opinion by BRADY, J.

THE PEOPLE'S BANK, *Appellant, v.* WILLIAM HEERDT, *Respondent.* — Judgment affirmed. Opinion by DAVIS, P. J.

JESSE SELIGMAN, *Appellant, v.* GEORGE E. FISHER and others, *Respondents.* — Order reversed, with ten dollars costs and disbursements and injunction restored. Opinion by INGALLS, J.

BANK OF NEW YORK NATIONAL BANKING ASSOCIATION, *Respondent, v.* JULIUS H. HAGEN and others, *Appellants.* — Judgment and order affirmed, with costs. Opinion by DANIELS, J.

ANNA M. DOMINICK, *Appellant, v.* AUGUSTUS A. LEVERICH, *Respondent.* — Issues of fact ordered to be framed and tried by a jury at a circuit (Part 2) to be held in this county in the month of May, 1882. Order to be settled by BRADY, J. (See opinion *Per Curiam.*)

GEORGE WEYH, *Plaintiff, v.* FELIX BOYLAN and others, *Defendants.* — Order affirmed. Opinion *Per Curiam.*

JOHN M. WHITE and THOMAS A. PHELAN, *Respondents, v.* FURMAN PEARSALL, *Appellant.* — Order reversed. Order of arrest vacated, with ten dollars costs and disbursements. Opinion *Per Curiam.*

JOHN R. MAGRUDER, *Respondent, v.* THE TERRIBLE MINING COMPANY, *Appellant.* — Order affirmed with ten dollars costs and disbursements. Opinion *Per Curiam.*